**FILED**

OCT 3 0 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

1  BENJAMIN B. WAGNER
   United States Attorney
2  KYLE REARDON
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2700

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10

SEALED

11  IN THE MATTER OF THE SEARCH OF:   )   S.W. NO.
                                      )
12  8409 Giverny Circle               )
    Antelope, California 95843        )
13                                    )   ORDER RE: REQUEST TO SEAL
                                      )   DOCUMENTS
14                                    )
                                      )   2:12 - SW - - 7 0 8    DAD
15                                    )
                                      )
16  _____)

17

18       Upon application of the United States of America and good cause

    having been shown,

19

20       IT IS HEREBY ORDERED that the search warrant and search warrant

    affidavit underlying the search warrant in the above-captioned

21

22  proceeding shall be filed under seal and shall not be disclosed to any

    person unless otherwise ordered by this Court, with the exception that

23

24  a copy of the search warrant will be left at the scene of the search.

25  Date: October 30, 2012

26                                    _____
                                      Dale A. Dzd
27                                    DALE A. DROZD
                                      United States Magistrate Judge
28                                    Eastern District of California

                                   1