FILED

JUN 26 2013

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

IN RE:

8409 Giverny Circle,
Antelope, California 95843

CASE NO. 2:12-SW-0708 DAD

[PROPOSED] ORDER UNSEALING SEARCH WARRANT AND APPLICATION

The government's request to unseal the application and search warrant in the above case is GRANTED.

SO ORDERED.

DATED: 6-26-13

_____
HON. EDMUND F. BRENNAN
U.S. Magistrate Judge

[Proposed] Order Unsealing Search Warrant and Application

1